Michael V. Severo, Esq. (SBN.: 072599)
LAW OFFICES OF MICHAEL V. SEVERO
70 S. Lake Avenue, Ste. 945
Pasadena, CA 91101-4703
(626)844-6400
msevero@mvslaw.com

Attorneys for Defendants,
MICHAEL WHITE

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>Vs.<br><br>RICKEY LAMONTE COLLEY, JR., et al.,<br><br>Defendants. | Case No.: CR 10-0821-PHX-NVW<br><br>**NOTICE OF FILING OF CHARACTER LETTERS** |

Defendant MICHAEL LEE WHITE, by and through his attorney of record, Michael V. Severo, Esq., hereby offers the attached character letters written by friends and family members.

Dated: <u>September 9, 2011</u>          LAW OFFICES OF MICHAEL V. SEVERO

                                      By____/s/_____
                                            Michael V. Severo
                                            Attorney for Defendant
                                            Michael Lee White

# CERTIFICATE OF SERVICE

I, hereby certify that on September 9, 201, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and delivery to the following CM/ECF registrants:

Jane E. McLaughlin
Assistant United States Attorney

Leon Thikoll, Esq.
Attorney for Defendant Colley

Tyrone Mitchell, Esq.
Attorney for Defendant Jackson

Clark Derrick, Esq.
Attorney for Defendant Broadway

Roger Rose, Esq.
Attorney for Defendant Higgings

By: s/michael v. severo

September 7, 2011

Attn: Honorable Jude Neil Wake

I would first and foremost like to thank you for taking the time out of your busy schedule to read all of the letters that friends and family have written on behalf of Michael. I'm hoping that these letters give you a clearer look at the true character of Michael White, not how he looks on a piece of paper but the extremely extrodainary person he is. My name is Cynthia Walker, Michael's fiance and mother of his children. We have been a part of each others lives for the last 10 years. Within those 10 years we have built a bond that is unbreakable, I started this journey with him and will finish it with him as well. Michael has always been a great provider, someone who unconditionally and wholeheartedly loves his family, someone that will give his last dollar or even the shirt off of his back. Despite any situations good or bad that he has been through in his life he has always had positive thoughts and great words of encouragement. Michael's incarceration has affected not only him, but his family as well. When Michael was incarcerated our baby was only 19 months old. Since then we have had our youngest son now 7 months and grandson 5 months. He has missed out on so many milestones in their lives, moments that can never be replaced. These babies are innocent but it feels as though they are being punished as well. I do know that Michael's actions were wrong, I also know that he doesn't have the cleanest past. But what I do know is that people change. They may not change when we want them too, but they change when they are ready too. Michael had already began that process way before his incarceration. He was attending church on a regular basis, we began a business to provide a positive cash flow for our family, and he was focused on family. Despite any minor setbacks he always managed to stay positive. He has always been active with all of the kids activities both school and sports. He as always encouraged them do to there best at everything they do. To finish everything they started. To get good grades and also instilled in them that they could have anything, accomplish everything, and reach all of there goals. He taught them to never give up. He is also a very caring and concerned person. During the most recent natural disasters the Earthquake of Japan and Hurricane Irene, he asked me to donated money to the American Red Cross to help out those in need. We believe that you are blessed for the blessings that you do for others. Since Michaels incarceration it has been extremely hard for me. I am left to temporally care for 5 children all by myself. I pray everyday that all the decisions that I make are the right one's. Children are a product of there society, they are like sponges that take in everything they see and hear. Michael and I were supposed to do this together, but now I'm left to make some life changing decisions all by myself. Our children need there father in there lives. I am at a point in my life where I don't won't to burden him within family problems that arise when he is going through his own personal issues. I see it in his eyes and I hear it in his voice how this has impacted his life. His children are his world, his biggest fear is not being able to be around to see them grow to there full potential. Sometimes I feel as though I am carrying the world on my shoulders, but I stand tall with a smile on my face in order to cause no extra stress in his life or the lives of our children. I have had to come up with excuses as to were he is to my 2 year old and pray that this is a memory that will fade. That he will never understand that his father is incarcerated. I worry about how this has impacted my teenagers who are adapting to going back to school since there father has been gone. How do they answer questions about there family situation? All of these things can have a negative impact on there lives. I can only do my best to try and protect them from the cruleness of society. Michael tries his hardest to make sure that he still plays a vital role in there lives. He makes sure to call them on a daily basis, we do our best to try and come to Arizona every month from California so that he won't loose that bond or connection that he has with the children. But a phone call or a behind the glass visit can never replace what they had while he was home. I know that Michael is truly remorseful for his actions and more concurred about the impact that this has played on the kids. We had a neighbor that teased and taunted my daughter at school about her dad being arrested because they witnessed it. She would come home from school in tears. And us as parents weren't able to do anything to fix her shattered heart. There are so many things that we depended on Michael, he was the backbone and support system for both of our families. With that being said I am asking the courts to show leniency for Michael during sentencing and also place him closer to home in order for him to continue to bond with his children even while he is away.

Sincerely,

Cynthia Walker

August 22, 2011

To Whom It May Concern,

Last year, June 2011, we were with Michael White while attending his sister's wedding in Moreno Valley Ca. He was very, matured, humble, and was extremely family oriented. To see him walk his sister down the aisle and so proudly give her away, brought tears to our eyes and joy to our hearts.

We all know Michael has a "pass", no one has forgotten. While we were there, we spent a lot of time with him during our visit. We saw a very spiritually matured young man. He shared we us, that he's been attending church services with his family regularly and that he was excited of being a father to his children like he's suppose to be.

Last year also, in August 2011, we had a family reunion in San Antonio, TX. We had Texan families and Californian families all come together. We had a celebration of spiritual fun and love. Michael was missed dearly. He played a big part in planning this reunion. He helped designed the family T-shirt that we wore. He made sure that family members that he left in charge were capable of completing his task. We had spoke with family members who kept in contact with him; they said he kept telling them, that all he wanted was for everyone to have lots of fun, play games and fellowship in spiritual love. During the reunion we had a special prayer service for love ones who were deceased, we prayed for families who were there, and we said a special prayer for Michael, who wasn't with us.

We also prayed for the entire Justice system, that they will make the Godly decision concerning Michael. In closing, our daily prayer to God is that Michael White be released and that he be allowed a chance to fulfill his role in being a loving and providing father to his children.

God's Servants,

Minister Albert and Mrs. Beverly Moore Antioch Missionary Bapt. Church Beaumont,Tx.

August 13, 2011

Honorable Judge Neil Wake,

Greetings and salutations of the highest honor are extended from our family to you. This letter is written on behalf of Michael L. White. I am Ricardo Michael Scott, Husband of Francine R. White-Scott, who has a maternal link to Michael L. White, defendant before your court. I thank the court personally for the time it may take to read our letters of support for our son (father, husband, friend) and pray that wisdom rules the day.

I will keep my words of praise brief as I know the court must and will witness them face-to-face. I know with a certainty that anyone with the providence and advantage to become intimately acquainted with Mr. White will be left with the distinct impression that he is a true rare breed, a man blessed of integrity and high character!

Now, the reason for my letter. I have a request that goes beyond the impact of the courts plea agreement with regards to making your request specific in the court's "Statement of Reasons" as to where Mr. White would be required or (designated) to complete his term. Mr. White is in his mid-forty, with a family of 7 kids and 1 grandkid, all who reside in Riverside County, Ca. His mother is 63 years old, disabled and currently resides in Barstow, CA. So, needless to say with Michael's departure a stabilizing force has been removed.

Consequently, Michael's guilty plea was not made lightly and without some agony. But, unless you can truly understand the weight a minority defendant feels, in a conservative county, facing a dubious jury of his peers, with the possibility of confusing and chaotic testimony being judged wrongly, then advisement of counsel is always your best course of action. Though many of us may have disagreed with the advisement of counsel, believing in what we saw and knew of Michael day-to-day. But, we also understand that the decision rests solely with Michael. I believe he has shown a maturity beyond measure in accepting responsibility for event beyond his control and involvement.

During these unsettled times Michael has focused on whatever positive change is necessary to achieve the ultimate goal of returning home to his family as soon as possible and helping raise his kids and grandkid that he misses so very much. For these reasons it was our hope that Michael would be designated to Terminal Island FCI and we would be available to go there to visit, rebuild, strengthen or renew our relationships with Michael during these times of hardship.

Respectfully Yours,

Ricardo Michael Scott

RMS/rms

12th August 2011

To Judge Neil Wake

Your Honor,

I am writing on behalf of Michael White. I have known him all my life. We are cousins, kin on both our mothers' sides. We also share a very close relationship. Michael is a loving father and a loyal spouse. The family misses him dearly I have shared concerns in my life with Michael and he has always been honest & trustworthy with giving me advice and keeping my business to himself.

I want to share with you a unique experience Michael & I share. He has always been an individual to go the extra mile to help out. We had a family reunion last year in August. Unfortunately, Michael couldn't be with us; his responsibility was creating a t-shirt design with me for the reunion, and even though he was gone, he made sure to communicate through Cynthia to me to get the job done. So you see he is a very dedicated person, he didn't want to hand the job off too someone else. He has always kept his word to my knowledge. The family loved the design on the t-shirts.

We miss him tremendously. We pray for him to be closer to his family, in California.


Yours faithfully with utmost respect,


Tracy Granger Spencer
Missouri City, TX 77489-1524
713.204.1797

July 29, 2011

The Honorable Judge Neil Wake

Re: Michael Lee White

My name is Jittaune Brookshire. I have personally known Michael White for the past fourteen years. Michael White is the father of my only son, Michael Elijah Lee White.

Mr. White has always been a great father. Not just to our son, but to my daughters (who are from a previous marriage) as well. Mr. White provided guidance and direction that my daughter's continue to follow today. Mr. White has been a dedicated father and family man and I respect him a great deal for the priorities he places on his family.

Mr. White has also been a good friend to me even after our separation. He has assisted me in times of dire straits and he provided a stable environment for our son Michael when I suffered a debilitating medical condition. Michael moved with his father three years ago and he thrived in that environment. Since his father has been away, Michael has been through serious disciplinary action at school, acquired some habits that are not conducive to his health and began to fall terribly behind in his academic studies. As a mother and a Psychology major, I know these negative actions are directly related to Michael's confusion and hurt by the absence of his father. At one point I had to seek professional therapy for Michael as he was experiencing nightmares about his father being away.

I do hope and pray that the court will be merciful to Mr. White and allow him to rejoin his family soon. Mistakes are made on a daily basis by each and everyone one of us, some with more severe consequences than others. However, I'm certain, knowing Mr. White for fourteen years, the he is remorseful about anything that would take him away from his children and his proudest accomplishment, that of being a well-loved and highly respected dad.

I'm sure your schedule is full and I do thank you in advance for taking time out of your busy day to read this letter. May God bless and keep you in your time on the bench and beyond.

If you need to reach me for any reason, please do so via: (914) 707-4071 or Jittaune@yahoo.com.

Sincerely,

*Jittaune Brookshire*
Jittaune Brookshire

August 16, 2011

Dear Your Honor:

    I am writing you on behalf of Michel White. I have known him for eight years and have always known him to be of the utmost character and reputation. We met threw some mutual friends, of which we all rode motor cycles. When we met, we were both participating in his bike clubs annual toy drive for low income children. Once we began to talk with one another we discovered we had a lot of other activities and beliefs in common other than the motorcycles. I found out what a great father, son, brother and husband he was, the more I got to know him. He spends a great deal of time with his family and is a wonderful dad to his children. I noticed this first hand since we have taken family camping trips together with all of our kids and saw the smile upon his face as we just watched them play together. I know he is a hard worker as I saw him putting in long hours of transporting vehicles across the country to provide for his family.

    Upon his release I will help him to obtain employment or with a place to stay if he is in need. I will also be here for him to help in his transition back to normal life and to rehabilitate himself mentally and physically. I know with the help of all his family and friends, all his support mechanisms will be in place upon his release. I beg the courts leniency when sentencing him because; I feel that it is unlikely that he will ever commit another crime because now he can see how it not only affects him but all of his family and friends as well. He also has two new young infants that I know he wants to watch grow up and be there as a father and husband to his family.

Sincerely,

Terrance Powe

To whom it my Concern:

I am writing about my Grandson putting down my toughts about who my grandson is, to me I have ben around a lot of young men in my life and have observed how thoughtless they are espically to elder people.

Michal is differnt thoughtful, kind respectful, always willing to assist those in need. We are so proud to have him as a Grandson, or a friend. We love are Grandson very much.

Mr. + Mrs. McQueen

August 01, 2011

To: Judge Neil Wake

I Shaquon Williams have known Michael White for 39 years and he is the best man that you can have around you. He is always there to talk to when you are in need of an ear or a shoulder to cry on. Michael has treated me with the up most respect at all times.

When my mother was not around Michael took into consideration of raising me, he made sure that I made it to school every day, he comb my hair every day, he made sure that I ate breakfast, lunch and dinner on a day to day bases. He sat down with me and made sure that my homework was done and he even checks my homework for me on day to day bases. He step up and took the roll of being a father and a mother when my parents were not around. This made me look up to him as a strong black man that is only going to look out for his family.

Another thing that made me look up to Michael was that he took on the responsibility of taking his daughter Jazzmon White and raised her to the best of his knowledge in caring for her and giving her the love that she needs from a father point of being the mother and the father in her life, and he has done a great job with that to were Jazzmon has graduated from high school and she went to College and has graduated with a degree in Phlebotomy and she is still continue her education in College she is in process of her degree in Medical Billing, which her father is still pushing for her going to school while he is away.

Then he took on full custody of his son Michael White Jr. which Michael Sr. has done the best with his son as well, he has always been on him about homework and keeping his grades up school he has had Michael in football for 4 years where he earned to expand in Football in another school that was accepting Michael his dad always supported his children in school and sports.

Then you have his two young children who need him so dearly, you have Mieko White that always calls his dads name out by hearing his voice and starts to cry every time he sees his dad. His children need their dad home for that guidance that he has done with all his children to make sure that they are growing up correctly and not getting into trouble.

Michael plays a big part in several people life, were people look up to him and always come to him for advice, Michael has taken on a new life which he has been doing all the right things that will not fall under him getting into any trouble, he plays a big part of his family life and all he focuses on is his family. He is never alone it's always with his finance and his family. He is a brother, father, son, and husband, and brother in law which we all have been affected by this change of taken him away from his family. Especially when we all know that he has done no wrong when his days have been all about family.

Sincerely,

Shaquon W.
(757) 9246001

08/14/11

Dear Your Honor,

      My name is Perla Collins and I am writing this letter on behalf of my good and close friend Michael White. Michael has been a very kind and unselfish friend to my family. He is like a brother to both my husband and I and like an uncle to my kids. I have been kept up to date on his case by his fiancé so I'm aware that he has pleaded guilty and will have to serve some time. With this being said, I am kindly asking if you would consider transferring him to California to serve out the rest of his time. The reason I am asking this of you is because Michael is a decent, honest, and loving man who has made mistakes in his past (according to his priors) but has learned from them. He also has a family out here in California that misses him and needs him. His family consists of his fiancé, four daughters, three sons, and his first grandchild. His fiancé has had the tough job of having to oversee and care for their family for over a year now. I've watched her go back and forth from California to Arizona and back with their kids to go visit him and two of the children and still babies(one 2yrs and one almost 7mos). I know this has to be hard for everyone in that family especially the children. If you allow Michael to transfer to California for the rest of his sentence it would greatly help the situation his family faces. Please your honor, if there is any chance you can give my dear friend Michael White a transfer to California please do so. If not for him then for his family who would without a doubt greatly appreciate it. Thank you for your time!

Perla Collins

*Perla Collins*

8/14/11

Dear Your Honor,

My name is Marc Collins and Michael White is not only my best friend but more like a brother. I am writing this letter to you in hopes that you will authorize my best friend's transfer to a facility in California close to his family and friends. I just want to take a few minutes of your time to tell you a little bit about the Michael White I know. I'm sure you get a numerous amount of letters from people speaking about their loved ones and I'm sure it's hard sometimes making the decisions you have to make but your honor I can guarantee you that Michael White is a stand up gentleman and family man. I'm sure if your just looking at his prior criminal history it might not look like it but I can assure you the definition of prior definitely fits his situation and what I mean by that is that I have known Mike for 28 years and I have witnessed him change his entire life around. I'm not referring to just his recent incarceration, I'm referring to the years before this incident. I can honestly say that Michael would do anything in his power to be with or even near his family. I've watched this guy do things that would be a major challenge for me or almost any man I know and not even think twice about it, like taking his non biological kids in as if they were his own and when he felt like the same love wasn't there in return he still persisted to have a bond with them because that's just the type of man he is. I could go on and on about all of the family members who have been and will be affected by his absence but I'm sure I don't have enough paper to do so. I will say this though, although Michael accepts responsibility for his actions, there is no way in today's world that he would do anything to jeopardize being separated from his family, so if you could please find it in the kindness of your heart to give him the authorization to transfer him to a facility close to his family and close friends it would be highly appreciated. Please take in consideration his oldest son of 12 is at a point in his life where he needs his father's presence and guidance. He also has a 2yr old son that he hasn't been able to spend much time with because of his current situation, a 7mos old that he hasn't been able to spend any time with at all and to top it off a fiancé, four beautiful daughters, and one grandchild that he loves very much which all are definitely in need of his presence. I am fully aware that it isn't your job as a judge to make inmates stay nice and comfortable but please be aware that his family is the one that will suffer if they can't visit him on a regular. Thank you very much for taking the time out to listen.

Marc Collins

*/s/ Marc Collins*

To whom this may concern,

This is a character letter about Michael Lee White, a man that will never be nothing less then my father. He may not be my biological father but emotionally, mentally and physically he is. Since the first day he came in to my mothers life, my life and my families life, I've loved him like I could never love anybody else. He was and still is a great person. To see my mom as happy as she is with him here, and then to see how sad taking somebody away can make a person, hurts me cause I know that he means well. Its very rare to find a person who can be amazingly beautiful on the inside and out, but I can honestly say that I wouldn't have anything negative to say about him, besides when he use to punish me for the mistakes I've made. People make mistakes and are sometimes falsely accused of things, but everybody deserves a second chance, and everybody deserves a first chance to be able to qualify for a second one. I have two little brothers and a nephew at home that my dad has not yet had the chance to see grow up, nor is able to raise them like a father and a grandfather should be able to, two of them he wasn't able to see the birth of great blessings. My dad has a really big heart and I would love to be able to wake up to him every day, I miss the encouragement that I use to get, he rather encourage a person then discourage them, because he believed that I could always be a better person even when I was at my best. He is the reason I have two jobs and he is the reason I push harder every day. He had nothing but good things to say. When I was about 9 years old, I didn't listen to my mom when I ate more candy than I was suppose to, I choked on a sucker that was almost the size of a golf ball, It looked like there was literally a golf ball in my throat, he was the first person to pick up the phone and call the police and sit on the phone with them until he made sure that I was okay. I would never forget that day, because I almost lost my life. Since the day I met him, I've had nothing but good memories. I'm so busy working that's its hard for me to see or talk to my dad and Even if he cant come home as soon as we want him too, I would love to see him more, and I would love for him to be closer, so that I can still know what it feels like to have a dad. I miss him more than anybody can imagine, he always had a way of keeping our family safe, and with out him, I feel like our family just isn't complete. He had this thing to him, that made everybody around him smile. He was always there for me whenever I needed to talk, he kept all my secrets and really understood me when nobody else could. I know being in jail makes a person look like there bad, or not a good person, but he is a great person, if you knew him you would grow to realize that. You can never judge a person by the physical appearance, but you can judge a person by who they really are on the inside. Take into consideration that he is an okay guy, and he means no harm to anybody. Thank you for taking the time out to get to know my dad through this letter.


Sincerely Nicole Lacey

Hello, Your Honor, my name is Maya. Michael White is like an uncle to me. He's been in my life for as long as I can remember. Our families do everything together. Now, since he's been gone for over a whole year, it seems very different and not nearly as fun as it used to be. He's a really fun-loving person and it's truly an honor to know him. My family really misses him being around. I know his family definitely has to miss him. With him having kids in the upper grades, an older daughter that recently had a baby and two young sons, one of two years old and the other seven months, it would be most beneficial if he could serve his time in California, sooner than later. So many major events have taken place within this past year that I know he would have given anything to be at. He's missed Thanksgiving, Christmas, his son's eleventh birthday, his other son's second birthday, his mom's birthday, his fiancé's birthday, and most importantly, the birth of his son and first grandchild. Normally, he would have been at these events proudly. He loves his family; he's the true definition of a family guy. He even loves and treats his fiancé's three daughters like they're his own and they love him like a second father. So, with that being said I'm very hopeful that you will move him somewhere close to his family, here in California.

*Maya Corliel*

Dear Your Honor,

      Hello your honor my name is Destiny Collins. I, along with my two siblings, consider Michael White an uncle because I love him like one and he supports us with the things we do like most uncles would. Even in his situation he still calls us and checks up on us with a happy and positive attitude. My family, as well as his fiancé and children, would greatly appreciate it if you moved him out here in California so we can visit him often. He has three sons and a daughter who would love to visit their father more often than now since he's in Arizona and I'm sure he would love to see his children. His fiancé has daughters as well and he takes care of them and loves them as if they were his own and they would love to have him out here as well. He also just recently became a grandfather of a healthy grandson. Your honor I'm asking for a favor on behalf of my family, his family, and he himself and I'm asking you to at least consider it. I have known this man for many years and even though he did put himself in the position he's in, it doesn't change the fact that he is still a very great man. We miss him very much. Thank you for taking your time to read this letter and to consider my favor.

*Destiny Collins*

September 6, 2011

Dear: Judge Wake

    I am the Mother of Michael White; my name is Francine White-Scott. I would like to first let you know a little about me as a concerned mother. I am a Christian women, which have worked very hard all of my life for my children. The reason for my letter today are all true and correct statement. So many people have a past in their life, good or bad, but what's so important is when anyone makes a change in their life for the better. When a person makes a positive change to help our children of today as well as to help the elders that are in his life, that is a great thing.

Michael is there for his children, to guide them and lead them the right way in life. When children's parents are missing in their life it can cause a negative impact in the child's life. And that is what children need in their life today for the parents to be involved in their life and show them the right way to be raised and show them right from wrong and give them the love and attention that children need in their life.

I can truly say that I am a proud mother of my son, for what he has made of himself today, he is a good father, a strong family member and a mentor to people that are involved in his life, he shows people around him what a positive and faithful person that he is, people look for my son to talk to and get words of encouragement on a day to day basis.

I am asking you Judge Wake with prayers that you please give my son Michael White leniency over this case and let Michael come home to his family that need him so much. I need Michael home as well, I am at the age where my health is not at its best. Michael calls me just to say encouraging words to make me get through my day. Every year I attend a church convention and Michael makes sure I get to these events. I know that God has favor over my child and he has come a long way with his life and I know if you grant him to come home he will show you that he has change for the better and he will not be involved in any trouble EVER or around anyone that is a bad citizen. Michael has made a great change and is all about his family. Michael has a big impact on his Mother, Sister, Children and his Fiancé we are lost without him here in our life.

Thanks for your time and concerns

God Bless

Francine Rita White Scott

Honorable Judge Neil Wake

Re: Michael White

My name is Jazzmon White, I am the only daughter and oldest of my dad's 4 Children. My father is an amazing man, one who takes pride in being a provider not only for his children's but his family and as well. A lot of people may see my father in a different aspect because of his past, but everyone has a past and from me being in my dad's custody since I was 6 years old he has changed tremendously. In his children's eyes we see him as our best friend, someone that we truly look up to. He has provided excellent guidance to me as well as my brothers, never letting us think the easier way out of things is ok. Instead he drilled in my head that to be a woman of strength and a business woman is the best way to live your life. I honestly don't think I would be the woman that I am today if I didn't have him in my life

My father has always had a positive impact not only his children's life but everyone that he surrounds himself around. People look up to him for the strong and loving man that he is and has become. I have a great deal of respect for my father. The bond that we share is everything that a girl can ever want from a dad. His words of wisdom has inspired me to stay in school and become the business woman that I am destined to become.

When times get hard the only person that can make me feel better is him. For that reason this distance is killing me not being able to see my father as much as I'm used to. My son (his first grandchild) is 4 months old and he has yet to see his grandson or show him the love that he has always shown my brothers and myself because I am a full time student and I work part time. Going back and forth to Arizona is not possible for me to do right now without hurting my grades. I am more than positive that this has been a big eye opener for my father. With Him being away from his children it is not only killing him but us as well. I pray every night that my dad will be able to be closer to home so that we can be able to see him as often as possible.

I would like to thank you for taking the time out to read this letter. I pray that the court will understand.

Sincerely


Jazzmon White

Dear your honor,

My name is Noelle, Michael White is my step father, I have known him since 2001 when i was 5 and now i am 15 years old. My dad Michael White is a very family oriented person he always wants to do things with his kids and close friends\family. But now that he is gone things have not been the same and we all miss him a lot. since the first day i heard he was gone i was an emotional wreck me, my brothers and sisters were truly hurt we miss him dearly and just want him home or closer to home where it wont be so difficult for the people that matter to be able to see him. me and my dad Michael White have a close relationship and he means the world too me i honestly would not trade him for any one else in this world.

It is very difficult for my mom to handle all of us and everything around the house now that my dad is gone. i know that deep down inside my mom is truly hurt at the fact that my dad has 3 sons and 1 grandson and isn't able to see them take there first step nor be there for there birthdays. And she misses her husband just like the rest of us.

My dad has always gave the best words of advice and keeps all of us going, pushing us to do good in school and do not worry about boys and the outside world that could possibly hold us back from accomplishing our goals. the words of advice that my dad personally gives me is great and i take it all into consideration and i am just doing my best trying to make my mom and dad proud of me.

P.S. i honestly would appreciate it if you would take all of our letters into consideration and understand where were coming from but i thank you for taking time out of your day to read my letter and with that being said please move him closer and show leniency during sentencing.

Thanks

Noelle Johnson

To Whom This May Concern,

My name is Carvell Sibley, I am thirty six years of age and I'm the cousin of Michael White. I hope that I can assist with painting a clear view of Michael's character despite his current situation. Michael has been a big brother to me; he has been such a blessing in my life. I myself have not always Been a perfect citizen, I made some bad decisions in my life time. Michael had told me that it is easier Just to do the right thing, he had always been that positive advocate in my life that I needed at that Time. Michael and I at one point in our Lives would both become Products of our childhood Environments. Michael however, changed his life in a positive manner which also prompted me to also Get the affairs in my life in order. Michael would come up with the idea of starting his own trucking business So that he could provide for his family and be his own boss. Michael also included me on this venture, which I have to say saved my life and I will always be grateful .

Sincerely

Carvell Sibley

July 29, 2011

Darrell & Marie McDowell
13833 Marbella St.
Fontana, CA. 92336

To Whom It May Concern:

We are writing today in regards to our dear friend Mr. Michael White. We have been friends with Mr. White and his family for several years now and we felt compelled to take some time to let you know how wonderful a person " Skip" (as we affectionately call him) is.

Skip is type of friend that every man or woman should have in their life. His love and commitment to his family knows no limits or boundaries. His loyalty and commitment to his friends is given freely and from the depths of his soul. When Skip walks into a room, he brings with him an aura of happiness and joy. He is rarely seen without a smile on his face and always seems to be in a good mood. Our families often spent weekends together with our kids bonding in love, affection and life. We have been there to support one another in the many difficulties that we have all been faced with from time to time over the years. What we appreciate most about Skip is his willingness to always lend an ear. There is not a time that my husband or I could not pick up the phone to call Skip with a problem and he not be willing to listen.

Our children look upon him as a father figure and love him dearly. His presence in our lives is deeply missed and felt everyday. We miss his contagious laughter, his outrageous sense of humor, his ability to defuse situations with his own special gift of reasoning and most of all we miss the love that he gives so freely.

Skips love for his family is one of his finest qualities. His commitment to his kids is steadfast and un-yielding. Everyone knew that when it came to his kids there was no such thing as doing anything half way. He lived for their love and happiness.

To know Skip is to know love in every meaning of the word. We thank God everyday for blessing us with him in our lives. The world is a little bit dimmer with him out of our lives and we eagerly await the day that you all allow that sunshine back into our lives.

Thank you for allowing us the opportunity to share our love and thoughts with you today.

Respectfully yours


Marie & Darrell McDowell